FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 MAR 19 AM 10: 33

CLERK - LAS CRUCES

CV-10-252 CEG

UNITED STATES DISTRICT
DISTRICT OF NEW MEXICO

DAVID E, HENDERSON
Plaintiff

V.

BARACK HUSSEIN OBAMA
CHIEF EXECUTIVE
OF THE UNITED STATES
Defendant

Related Case no. 10-157
McClain

COMPLAINT FOR DAMAGES.

In December 2009 Plaintiff Traveled to the USArmy Hospital in Albuquerque in a

2

to Get a total knee Replacement which Dr. Jose Calderon in the VA Clinic in El Paso refused to Certify Him for four years.

Plaintiff incurred $250 in Travel Expenses, Lodging and Meals and was not Reimbursed By the VA Hospital in

3

Albuquerque, even though Plaintiff talked to the Emergency Room Doctor that Doctor Refused to Give Plaintiff a Consultation on her Knee, which was in Acute Pain and did not record in her Report that Plaintiff should be very Angry!!, having traveled

at his own Expense to the Army Hospitals in Tucson and Phoenix and was not treated, or even set a date for consultation.

Plaintiff filed Tort Claims and RICO Claims Against the National Security Agency. NSA in July 2009, But has never had a Response, Let alone

a Final Administrative Decision.

Plaintiff also Filed a 12 Billion Dollar Administrative Claim against the Central Intelligence Agency, The CIA on October 12 2004 and also had no Response or Final Administrative Decision.

Therefore all these claims are still live

6

In spite of the Court's Opinion and order in the Related case March 9. 2010.

Plaintiff requests $12 Billion and $900 million Dollars + $250 for the above claims.

Respectfully submitted,

David E. Henderson
PO Box 4203
El Paso, TX 79914

CENTRAL INTELLIGENCE AGENCY
WASHINGTON, D.C. 20505

Office of General Counsel

1 December 2009

VIA U.S. MAIL

Mr. David E. Henderson
P.O. Box 4203
El Paso, TX 79914-4203

Re: Claim for Compensation dated 17 October 2009

Dear Mr. Henderson:

The Office of General Counsel, Central Intelligence Agency ("Agency") received your claim dated 17 October 2009. In that claim, you make various allegations against the Agency. You assert damages of $12 billion.

The Agency has given this claim appropriate consideration. Nevertheless, the Agency has determined that it must deny this claim. In accordance with 28 C.F.R. § 14.9, if you are not satisfied with the Agency's determination, you may file suit in an appropriate United States District Court not later than six months after the date of the mailing of this notification.

Sincerely,

Jacqueline W.
Jacqueline W.
Attorney-Advisor